# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | JAMES A. O'BRIEN, III | KEVIN G. COOPER |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | JOHN G. ESMERADO | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | STEVEN G. TYSON | JORDAN M. STEELE** |
| | BRIAN H. FENLON | MATTHEW J. CERES | ZACHARY A. JACOBS*** |
| | LINDSEY H. TAYLOR | MARC D. MORY | MICHAEL K. BELOSTOCK |
| | CAROLINE F. BARTLETT | | BRIAN F. O'TOOLE** |
| | ZACHARY S. BOWER+ | OF COUNSEL | SEAN M. KILEY |
| | DONALD A. ECKLUND | | |
| | CHRISTOPHER H. WESTRICK* | *CERTIFIED BY THE SUPREME COURT OF | |
| | STEPHEN R. DANEK | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | MICHAEL A. INNES | +MEMBER FL BAR ONLY | |
| | MEGAN A. NATALE | **MEMBER NY BAR ONLY | |
| | | ***MEMBER IL BAR ONLY | |

**5 BECKER FARM ROAD**
**ROSELAND, N.J.  07068-1739**
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

June 28, 2022

*Via ECF and Federal Express*
Hon. Douglas E. Arpert, U.S.M.J.
United States District Court - District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      RE:    ***Amgen Inc. v. Apotex, Inc.***
                Civil Action No. 22-3827 (MAS)(DEA)

Dear Judge Arpert:

      This firm, along with Taft, Stettinius & Hollister LLP, represents Defendant Apotex, Inc. in the above referenced matter.

      Enclosed for Your Honor's consideration please find the following:

1. Declaration of Stephen R. Auten In Support of Application for Admission *Pro Hac Vice*.

2. Declaration of Philip Y. Kouyoumdjian In Support of Application for Admission *Pro Hac Vice*.

3. Declaration of Melissa E. Flax in Support of *Pro Hac Vice* Admission of Counsel ("Flax Declaration").

4. Proposed Consent Order.

      As indicated in the proposed Consent Order and Flax Declaration, Plaintiff consents to the *pro hac vice* admission of Stephen R. Auten, Esq. and Philip Y. Kouyoumdjian, Esq.

Hon. Douglas E. Arpert, U.S.M.J.
June 28, 2022
Page 2

      Thank you for your attention to and consideration of this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

*/s/ Melissa E. Flax*

MELISSA E. FLAX

MEF
Enclosures
cc:    Counsel of Record (via ECF) (w/enclosures)