AMGEN, INC. v. APOTEX, INC.                    Civ. Action No. 22-3827(MAS)

## SCHEDULING ORDER

| Event | Date |
|---|---|
| Parties Exchange Disclosures Required by Fed. R. Civ. P. 26(a)(1) | December 6, 2022 |
| Plaintiff Serves "Disclosure of Asserted Claims" (L. Pat. R. 3.6(b)) | December 6, 2022 |
| Deadline to Submit Proposed Discovery Confidentiality Order (L. Pat. R. 2.2) | December 13, 2022 |
| Production of Defendant's ANDA Product samples and DMFs | TBD |
| Defendants Serve Non-Infringement Contentions and Invalidity Contentions and Produce Underlying Documents (L. Pat. R. 3.6(c)–(f)) | January 20, 2023 |
| Plaintiff Serves Responses to Invalidity Contentions and Disclosure of Infringement Contentions and Produce Underlying Documents (L. Pat. R. 3.6(g)–(i)) | March 7, 2023 |
| Plaintiff to produce documents, Plaintiffs' interrogatory responses, the transcripts for fact depositions of Amgen and Celgene employees and representatives, and the transcripts for third-party depositions from *Amgen Inc. v. Sandoz Inc. et al.*, No. 3:18-cv-11026-MAS-DEA (D.N.J.), to the extent consistent with the prior case's Discovery Confidentiality Order | March 6, 2023 |
| Parties Exchange Claim Terms to be Construed (L. Pat. R. 4.1(a)) | March 21, 2023 |
| Parties Exchange "Preliminary Claim Constructions" and Identify Supporting Intrinsic and Extrinsic Evidence (L. Pat. R. 4.2(a)–(b)) | March 27, 2023 |
| Parties to Exchange Identification of Intrinsic and Extrinsic Evidence in Opposition to Other Party's Proposed Constructions (L. Pat. R. 4.2(c)) | April 10, 2023 |
| Parties to File Joint Claim Construction and Prehearing Statement (L. Pat. R. 4.3) | April 26, 2023 |
| Status Conference (via telephone or in-person) | May 24, 2023 at 10:00 AM/PM; (Plaintiff shall initiate) |

| | |
|---|---|
| Completion of Fact Discovery Relating to Claim Construction, including Depositions of Non-Expert Witnesses Identified in Claim Construction Exchanges (L. Pat. R. 4.4) | May 26, 2023 |
| Parties to Simultaneously File Opening *Markman* Briefs (L. Pat. R. 4.5(a)) | June 12, 2023 |
| Completion of Expert Discovery Relating to Opening *Markman* Briefs (L. Pat. R. 4.5(b)) | July 12, 2023 |
| Parties to File Responsive *Markman* Briefs (L. Pat. R. 4.5(c)) | August 11, 2023 |
| Status Conference (via telephone or in-person) | August 18, 2023 at 10:00 AM/**PM**; (Defendant shall initiate) |
| Parties to Submit Proposed Claim Construction Hearing Schedule (L. Pat. R. 4.6) | August 25, 2023 |
| Substantial Completion of Document Production | TBD |
| *Markman* Hearing | TBD |
| *Markman* Ruling | TBD |
| Any party, if relying upon advice of counsel as part of a patent-related claim or defense for any reason, to produce discovery related thereto for which the attorney-client and work product protection have been waived and to serve a privilege log (L. Pat. R. 3.8) | October 6, 2023 |
| Deadline to Seek Leave to Amend Pleadings or Join Parties | October 6, 2023 |
| Status Conference (via telephone or in-person) | October 18, 2023 at 10:00 AM/**PM**; (Plaintiff shall initiate) |
| Close of Fact Discovery | November 3, 2023 |
| Opening Expert Reports on issues for which the party bears the burden of proof (including objective indicia) | January 12, 2024 |
| Rebuttal Expert Reports | February 23, 2024 |
| Status Conference (via telephone or in-person) | March 15, 2024 at 10:00 AM/**PM**; (Defendant shall initiate) |
| Close of Expert Discovery | April 5, 2024 |
| Opening Dispositive and *Daubert* Motions | April 19, 2024 |
| Oppositions to Dispositive and *Daubert* Motions | May 3, 2024 |
| Replies for Dispositive and *Daubert* Motions | May 10, 2024 |

| Submission of Joint Pretrial Order | May 24, 2024 |
| --- | --- |
| Pretrial Conference | TBD |
| Trial | TBD |
| Expiration of Hatch-Waxman Stay | November 6, 2024 |

Following the Rule 16 conference on Nov. 29, 2022, this Schedule is:

So Ordered —

*[signature]* USMJ